

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-92,223-01

**EX PARTE ALEXANDRO CAMACHO, Applicant**

## ON APPLICATION FOR A WRIT OF HABEAS CORPUS
## CAUSE NO. 007-0235-19-A IN THE 7ᵀᴴ DISTRICT COURT
## FROM SMITH COUNTY

*Per curiam.*

### O P I N I O N

Applicant was convicted of evading arrest or detention and sentenced to 18 years' imprisonment. The Ninth Court of Appeals affirmed his conviction. *Camacho v. State,* No. 09-19-00190-CR (Tex. App.–Beaumont, Sept. 30, 2020). He filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

Applicant contends that he lost the opportunity to file a PDR when appellate counsel failed to timely inform him that his conviction had been affirmed. He states that he would have filed a PDR if he had been timely informed. Appellate counsel prepared Applicant's Article 11.07 application. He acknowledges that he was unaware of the appellate court's judgment until the date of the

mandate.  Based on the record, we agree that Applicant was denied the opportunity to file a PDR.

Relief is granted.  We find that Applicant is entitled to the opportunity to file an out-of-time PDR of the judgment of the Ninth Court of Appeals in case number 09-19-00190-CR that affirmed his conviction in Cause No. 007-0235-19 from the 7th District Court of Smith County.  Applicant shall file his PDR with this Court within 30 days of the date on which this Court's mandate issues.

Delivered: March 10, 2021
Do not publish